JOHN T. KEATING
Nevada Bar No. 6373
KEATING LAW GROUP
9130 W. Russell Road, Suite 200
Las Vegas, Nevada 89148
jkeating@keatinglg.com
(702) 228-6800 phone
(702) 228-0443 facsimile
Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JOHANNAH LEGRAND, as assignee of Interest of REED BENSON,

Plaintiff,

vs.

PROGRESSIVE CASUALTY INSURANCE COMPANY aka PROGRESSIVE HOME; AMERICAN STRATEGIC INSURANCE CORP., and ROE CORPORATIONS I-V, inclusive and DOES I through V,

Defendants.

CASE NO. 2:26-cv-01324-GMN-NJK

**STIPULATION AND ORDER TO DISMISS PROGRESSIVE CASUALTY INSURANCE COMPANY AKA PROGRESSIVE HOME WITHOUT PREJUDICE, ONLY**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, by and through their respective counsel, that all claims shall be, and are hereby, dismissed without prejudice, as to Defendant Progressive Casualty Insurance Company aka Progressive Home, Only.

DATED: July 15, 2026.

KEATING LAW GROUP

*/s/ John T. Keating*

JOHN T. KEATING
Nevada Bar No. 6373
9130 W. Russell Road, Ste. 200
Las Vegas NV 89148
Attorney for Defendant

DATED: July 15, 2026.

LAW OFFICE OF DAVID SAMPSON

*/s/ Amanda Nalder*

DAVID F. SAMPSON
Nevada Bar No. 6811
AMANDA NALDER
Nevada Bar No. 16733
630 S. 3rd Street
Las Vegas, NV 89101
Attorneys for Plaintiff

KEATING LAW GROUP
9130 W. RUSSELL RD., SUITE 200
LAS VEGAS, NEVADA 89148

KEATING LAW GROUP
9130 W. RUSSELL RD., SUITE 200
LAS VEGAS, NEVADA 89148

**ORDER**

**IT IS SO ORDERED** that Defendant Progressive Casualty Insurance Company aka Progressive Home, Only, shall hereby be dismissed without prejudice.

DATED: July 15, 2026

______________________________
UNITED STATES DISTRICT JUDGE