JOHN T. KEATING
Nevada Bar No. 6373
KEATING LAW GROUP
9130 W. Russell Road, Suite 200
Las Vegas, Nevada 89148
jkeating@keatinglg.com
(702) 228-6800 phone
(702) 228-0443 facsimile
Attorney for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHANNAH LEGRAND, as assignee of Interest of REED BENSON,<br><br>Plaintiff,<br><br>vs.<br><br>PROGRESSIVE CASUALTY INSURANCE COMPANY aka PROGRESSIVE HOME; AMERICAN STRATEGIC INSURANCE CORP., and ROE CORPORATIONS I-V, inclusive and DOES I through V,<br><br>Defendants. | CASE NO. 2:26-cv-01324-GMN-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, by and through their respective counsel, that all claims shall be, and are hereby, dismissed without prejudice, each party to bear their own costs and attorney's fees.

| | |
|---|---|
| DATED: October 28, 2026. | DATED: October 28, 2026. |
| KEATING LAW GROUP | LAW OFFICE OF DAVID SAMPSON |
| */s/ John T. Keating* | */s/ David F. Sampson* |
| JOHN T. KEATING<br>Nevada Bar No. 6373<br>9130 W. Russell Road, Ste. 200<br>Las Vegas NV 89148<br>Attorney for Defendant | DAVID F. SAMPSON<br>Nevada Bar No. 6811<br>AMANDA NALDER<br>Nevada Bar No. 16733<br>630 S. 3rd Street<br>Las Vegas, NV 89101<br>Attorneys for Plaintiff |

KEATING LAW GROUP
9130 W. RUSSELL RD., SUITE 200
LAS VEGAS, NEVADA 89148

**ORDER**

**IT IS HEREBY ORDERED** that this action is **DISMISSED with prejudice,** with each party to bear its own costs and attorneys' fees.

The Clerk of Court is kindly directed to close the case.

**IT IS SO ORDERED:**

**DATED** this 28 day of October, 2026.

Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT